# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| TAB CHAPMAN, on behalf of himself and all others similarly situated, | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) ) CASE NO. 2:20-cv-00106-MSD-DEM |
| SABER HEALTHCARE GROUP, LLC, AUTUMN CORPORATION, and AUTUMN CARE OF PORTSMOUTH, L.P., | ) ) ) ) ) |
| *Defendants.* | ) |

**JOINT MOTION FOR LEAVE TO FILE**
**SETTLEMENT AGREEMENT UNDER SEAL**

Pursuant to Local Civil Rule 5, Plaintiff Tab Chapman ("Plaintiff"), Opt-In Plaintiffs Genae Smith and Kevin Spence ("Opt-In Plaintiffs"), and Defendants Saber Healthcare Group, LLC, and Autumn Corporation ("Defendants") (Plaintiff, Opt-In Plaintiffs, and Defendants collectively "Parties") move the Court to issue an order allowing the filing of the Settlement Agreement in support of the Joint Motion for Approval of Settlement Agreement and Dismissal of Plaintiff's Collective Action Complaint With Prejudice under seal.

Dated:  January 25, 2024                                Respectfully submitted,

| **Tab Chapman,** | **Saber Healthcare Group, LLC** |
| | **Autumn Corporation,** |
| | |
| By: */s/ Kristi C. Kelly* | By: */s/ Justin R. Barnes* |
| Kristi C. Kelly (VSB #72791) | Justin R. Barnes |
| Casey S. Nash (VSB # 84261) | Georgia Bar No. 105220 |
| Andrew J. Guzzo (VSB #82170) | Parsa Fattahi |
| KELLY GUZZO, PLC | Georgia Bar No. 154232 |
| 3925 Chain Bridge Road, Suite 202 | Jackson Lewis PC |
| Fairfax, VA 22030 | 171 17th Street NW, Suite 1200 |
| Tel: (703) 424-7572; Fax: (703) 591-0167 | Atlanta, GA 30363 |
| kristi@kellyguzzo.com | (404) 525-8200; (404) 525-1173 (Fax) |

casey@kellyguzzo.com
andrew@kellyguzzo.com

*/s/ Robert E. Morelli, III*
Carolyn H. Cottrell (*pro hac vice*)
Robert E. Morelli, III *(pro hac vice)*
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com
rmorelli@schneiderwallace.com

*Counsel for Plaintiff and Opt-In Plaintiffs*

justin.barnes@jacksonlewis.com
parsa.fattahi@jacksonlewis.com

*/s/ Milena Radovic*
Kristina H. Vaquera (VSB No. 43655)
Milena Radovic (VSB No. 91000)
Jackson Lewis PC
500 E. Main Street, Ste. 800
Norfolk, VA 23510
(757) 648-1445; (757) 648-1418 (Fax)
kristina.vaquera@jacksonlewis.com
milena.radovic@jacksonlewis.com

*Counsel for Defendants Saber Healthcare Group, LLC and Autumn Corporation*