# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

| | |
|---|---|
| TAB CHAPMAN, on behalf of himself and all others similarly situated, ) ) ) *Plaintiff*, ) ) v. ) ) SABER HEALTHCARE GROUP, LLC, ) AUTUMN CORPORATION, and ) AUTUMN CARE OF PORTSMOUTH, L.P., ) ) *Defendants*. ) | CASE NO. 2:20-cv-00106-MSD-DEM |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF PLAINTIFF'S COLLECTIVE ACTION WITH PREJUDICE

Plaintiff Tab Chapman, on behalf of himself and Opt-In Plaintiffs Genae Smith and Kevin Spence, and Defendants Saber Healthcare Group, LLC, and Autumn Corporation (collectively "Parties") jointly move the Court for an order approving the agreement between the Parties that resolves this case and dismissing Plaintiff's collective action with prejudice.

Dated: January 25, 2024                            Respectfully submitted,

**Tab Chapman,**                                   **Saber Healthcare Group, LLC**
                                                   **Autumn Corporation,**

By: */s/ Kristi C. Kelly*                          By: */s/ Justin R. Barnes*
Kristi C. Kelly (VSB #72791)                       Justin R. Barnes
Casey S. Nash (VSB # 84261)                        Georgia Bar No. 105220
Andrew J. Guzzo (VSB #82170)                       Parsa Fattahi
KELLY GUZZO, PLC                                   Georgia Bar No. 154232
3925 Chain Bridge Road, Suite 202                  Jackson Lewis PC
Fairfax, VA 22030                                  171 17th Street NW, Suite 1200
Tel: (703) 424-7572; Fax: (703) 591-0167           Atlanta, GA 30363
kristi@kellyguzzo.com                              (404) 525-8200; (404) 525-1173 (Fax)
casey@kellyguzzo.com                               justin.barnes@jacksonlewis.com
andrew@kellyguzzo.com                              parsa.fattahi@jacksonlewis.com

*/s/ Robert E. Morelli, III*                       */s/ Milena Radovic*

| | |
|---|---|
| Carolyn H. Cottrell (*pro hac vice*) | Kristina H. Vaquera (VSB No. 43655) |
| Robert E. Morelli, III *(pro hac vice)* | Milena Radovic (VSB No. 91000) |
| SCHNEIDER WALLACE | Jackson Lewis PC |
| COTTRELL KONECKY LLP | 500 E. Main Street, Ste. 800 |
| 2000 Powell Street, Suite 1400 | Norfolk, VA 23510 |
| Emeryville, California 94608 | (757) 648-1445; (757) 648-1418 (Fax) |
| Tel: (415) 421-7100; Fax: (415) 421-7105 | kristina.vaquera@jacksonlewis.com |
| ccottrell@schneiderwallace.com | milena.radovic@jacksonlewis.com |
| rmorelli@schneiderwallace.com | |
| | *Counsel for Defendants Saber Healthcare* |
| *Counsel for Plaintiff and Opt-In Plaintiffs* | *Group, LLC and Autumn Corporation* |

2