UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| TAB CHAPMAN, on behalf of himself and all others similarly situated, | § § § § | |
| *Plaintiff*, | § § | Case No. 2:20-cv-00106-MSD-DEM |
| v. | § § § | JURY TRIAL DEMANDED |
| SABER HEALTHCARE GROUP, LLC, AUTUMN CORPORATION, and AUTUMN CARE OF PORTSMOUTH, L.P. | § § § § § § | |
| *Defendants.* | § § | |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO APPEAR REMOTELY AT THE SETTLEMENT APPROVAL HEARING**

Plaintiff Tab Chapman, on behalf of himself and the two (2) collective members ("Plaintiffs"), through his counsel of record, hereby submits this Memorandum of Law in support of Plaintiffs' Motion to Appear Remotely ("Motion") at the February 26, 2024, Settlement Approval Hearing ("Hearing). In support thereof, Plaintiffs state:

The Parties participated in a Settlement Conference with Magistrate Judge Douglas E. Miller on November 28, 2023. *See* November 28, 2023, Minute Entry. The Parties were able to resolve this matter at the Settlement Conference with Judge Miller's assistance. The Court subsequently set an in-person Settlement Approval Hearing on February 26, 2024, at 11:00 a.m.

Given the nature of the modest settlement of this matter, Plaintiffs believe a remote appearance is appropriate and efficient. *See* Fed. R. Civ. P. 1 (the Federal Rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and

inexpensive determination of every action and proceeding.") Moreover, given this modest settlement, it would be a significant additional expense for Plaintiffs' Counsel to attend in-person as Plaintiffs' counsel, Robert E. Morelli, III, is located in Memphis, Tennessee.

Therefore, Plaintiffs request that the Court issue an Order granting Plaintiffs' Motion. Defendants do not oppose this relief.

| | |
|---|---|
| Dated: February 8, 2024. | Respectfully submitted, |
| | /s/ *Kristi C. Kelly*<br>Kristi Cahoon Kelly (VSB No. 72791)<br>Andrew J. Guzzo (VSB No. 82170)<br>Casey S. Nash (VSB No. 84261)<br>KELLY GUZZO, PLC<br>3925 Chain Bridge Road, Suite 202<br>Fairfax, Virginia 22030<br>Tel: (703) 424-7570; Fax: (703) 591-0167<br>kkelly@kellyguzzo.com |
| | *Local Counsel for Plaintiff and Collective Members* |
| | /s/ *Robert E. Morelli, II*<br>Carolyn H. Cottrell (*Pro Hac Vice*)<br>Ori Edelstein (*Pro Hac Vice*)<br>Robert E. Morelli, III (*Pro Hac Vice*)<br>SCHNEIDER WALLACE<br>COTTRELL KONECKY LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608<br>Tel: (415) 421-7100; Fax: (415) 421-7105<br>ccottrell@schneiderwallace.com<br>oedelstein@schneiderwallace.com<br>rmorelli@schneiderwallace.com |
| | *Attorneys for Plaintiff and Collective Members* |