UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

TAB CHAPMAN, on behalf of himself
and all others similarly situated,

              Plaintiff,

                                          Civil No. 2:20cv106

v.

SABER HEALTHCARE GROUP, LLC,
AUTUMN CORPORATION, and
AUTUMN CARE OF PORTSMOUTH, L.P.,

              Defendants.

### ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Settlement Agreement and Dismissal of Plaintiff's Collective Action with Prejudice. ECF No. 185. On February 26, 2024, the Court held a hearing to address the merits of the settlement agreement and the parties' Joint Motion for Leave to File the Settlement Agreement Under Seal. ECF No. 181. For reasons explained in greater detail at the hearing, the Court **FINDS** that the settlement is a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act ("FLSA") and is fully consistent with the terms and purposes of the FLSA. Accordingly, the Court hereby **GRANTS** the parties' Joint Motion for Approval of Settlement, ECF No. 185, and **APPROVES** the parties' proposed settlement agreement, ECF No. 184. The Court **DENIES** the

parties' Joint Motion for Leave to File the Settlement Agreement Under Seal. ECF No. 181. In accordance with the parties' joint request, the Court **ORDERS** that this collective action is **DISMISSED WITH PREJUDICE**.

The Clerk is **REQUESTED** to send a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED.**

/s/ MSD
_____
Mark S. Davis
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
February 26, 2024